# First District Court of Appeal
## State of Florida

_____

No. 1D17-3559

_____

Joseph Thomas Durkin,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

August 21, 2018

Per Curiam.

Affirmed.

Roberts, Ray, and Winsor, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.